|  |  |
|---|---|
| DATE: | November 14, 2012 |
| LOCATION: | Sherman, TX |
| JUDGE: | Marcia Crone by VIDEO |
| DEP. CLERK: | Sammie Hedges |
| RPTR/ECRO: | Tonya Jackson by video |
| USPO: | Pat Cressman |
| INTERPRETER: | |

**CASE NO: 4: 11 cr79 (18)**

USA VS. Heriberto Franco

| Ernest Gonzalez | Assigned | Jeffrey Grass |
|---|---|---|
| "         " | Appeared | Attorney for Defendant |

BEGIN: 10:41 am    ADJOURN: 10:58 am

## SENTENCING MINUTES

| | |
|---|---|
| ✖ Sentencing called / held | Objections (PSR) by *Def* - Overruled |
| ✖ Court adopts PSR in its entirety | |
| Court DEPARTS from the guidelines | Government's Motion for 5K1.1 GRANTED |

| CT | CUSTODY | CC/CS | w/CT | FINE | REST | SP/ASS | PROB | SUP/REL | CC/CS w/CT | FED BENEFITS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 ss | 121 months | | | waived | | $100 | | 2 year(s) | | years |

### BOP RECOMMENDATIONS:

| | |
|---|---|
| ✖ Dft be designated to: **FCI, Bastrop    , TX** | ✖ Dft participate in **Substance Abuse Treatment Program** |
| Dft participate in the **Inmate Financial Responsibility Program** | ✖ Dft participate in **Mental Health Treatment Program** |

### SPECIAL CONDITIONS – THE DEFENDANT SHALL:

| | |
|---|---|
| ✖ | **WITHIN 72 HOURS** of release from BOP, **REPORT in person** to the probation office in the district to which the dtf is released. |
| ✖ | **NOT COMMIT** another federal, state or local crime & **COMPLY w/Standard Conditions** of release & the following additional conditions. |
| ✖ | **NOT possess a FIREARM** or other destructive device. |
| ✖ | **PAY** any **FINANCIAL PENALTY** that is imposed by this judgment & remains unpaid at the commencement of SUP/REL |
| ✖ | **SUBMIT to DRUG TEST** w/n 15 days of release     Court suspends mandatory drug testing. |
| | Cooperate in collection of **DNA** as directed by Probation    Be **SURRENDERED to INS** for deportation proceeding. |
| ✖ | **Provide** the probation officer with access to any requested **FINANCIAL INFORMATION.** |
| ✖ | Participate in a **Program** of testing and treatment for **DRUG** abuse |
| ✖ | Participate in a combination of **psychiatric, psychological, or mental health treatment** deemed appropriate by treatment provider. |
| | Shall not incur new credit charges or open additional lines of credit without approval of probation officer |
| ✖ | Shall not participate in any form of gambling and shall participate in treatment that will address his gambling addiction. |
| | Shall obtain a GED while on supervised release |
| | Shall pay delinquent child support at no less than ten percent of his gross monthly income or any amount determined by the Arkansas Division of child Support Enforcement Office, if that agency has an active plan to collect this money. |
| | **FORFEIT** to the USA interest in property listed in Plea Agreement |

| | | | | | |
|---|---|---|---|---|---|
| ✖ Dft **REMANDED** to the USM. | | | | X | **Presentence Report** Sealed. |
| | | USM | | X | **Minutes** filed |
| | | Designated FCI | | | **Exhibit** list filed |
| Dft failed to appear | Ord/Arrest Warrant | BND forfeited. | | | **Witness** list filed. |
| | | | | | See reverse/attached for additional proceedings |
| ✖ **REMAINING** Counts **dismissed** on Govt's Motion | | | | | |
| ✖ Dft advised of **right to appeal** & court appointed counsel | | | | | |

**FILED: November 14, 2012**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DAVID J. MALAND, CLERK

FORM TXED-118