IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-41307

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

HERIBERTO FRANCO, also known as La Papa,

    Defendant - Appellant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB - 1 2013

DAVID J. MALAND, CLERK
BY
DEPUTY_____

Appeal from the United States District Court for the
Eastern District of Texas, Sherman

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of January 18, 2013, pursuant to appellant's motion.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 18, 2013



Mr. David Maland
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 12-41307,  USA v. Heriberto Franco
                   USDC No. 4:11-CR-79-18

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        James deMontluzin, Deputy Clerk
                        504-310-7679

cc w/encl:
    Mr. Ernest Gonzalez
    Mr. Jeffrey C. Grass